IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAMELBAK PRODUCTS, LLC,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:20-cv-01542

Judge Ronald A. Guzman

Magistrate Judge Sheila M. Finnegan

# NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 178 | work4best |
| 274 | Sumerlly |
| 272 | kebyy |
| 275 | tesyyke |
| 113 | benefguar9 |
| 204 | focal men fashion |
| 127 | enyingsales |
| 177 | vstar1986 |
| 106 | 2011always-for-you |

DATED: October 10, 2020						Respectfully submitted,

							*/s/ Keith A. Vogt*
							Keith A. Vogt (Bar No. 6207971)
							Keith Vogt, Ltd.
							111 West Jackson Boulevard, Suite 1700
							Chicago, Illinois 60604
							Telephone: 312-675-6079
							E-mail: keith@vogtip.com

							***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on October 10, 2020 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt